1  IVO LABAR (203492)
   labar@kerrwagstaffe.com
2  **KERR & WAGSTAFFE LLP**
   101 Mission Street, 18th Floor
3  San Francisco, CA 94105–1727
   Telephone: (415) 371-8500
4  Fax: (415) 371-0500

5  GARY E. MOSS (43002)
   gmoss@mhlegal.net
6  **LAW OFFICES OF MOSS & HOUGH**
   1388 Sutter Street, Suite 1210
7  San Francisco, CA 94019
   Telephone: (415) 399-1110
8  Fax: (415) 399-1552

9  Attorneys for Defendants
   BRICE GOGUET and
10 VOLTAIRE DESIGN USA, INC.

11

12              UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

14

15 | SONOMA HORSE PARK, a California Corporation, | Case No. |
16 |                                              |          |
17 |           Plaintiff,                         | **DEFENDANTS BRICE GOGUET AND VOLTAIRE DESIGN USA, INC'S NOTICE OF REMOVAL** |
18 |      v.                                      |          |
19 | VOLTAIRE DESIGN USA, INC., BRICE GOGUET, and DOES 1-20, |  |
20 |                                              |          |
21 |           Defendants.                        |          |

22

23

24

25

26

27

28

KERR & WAGSTAFFE LLP

1
NOTICE OF REMOVAL

1    TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE
2    NORTHERN DISTRICT OF CALIFORNIA AND TO PLAINTIFF AND ITS ATTORNEYS
3    OF RECORD:
4        PLEASE TAKE NOTICE that Defendants Voltaire Design USA, Inc. ("Voltaire") and
5    Brice Goguet ("Goguet") (collectively "Defendants") hereby remove to this Court the state court
6    action described herein on the grounds set forth below.
7        1.    On October 5, 2016, plaintiff Sonoma Horse Park ("Plaintiff") commenced this
8    action asserting causes of action for intentional and negligent interference with prospective
9    economic advantage, violation of California Business and Professions Code § 17200 *et seq.*, and
10   violation of the Cartwright Act arising from Defendants' alleged conspiracy to undercut the
11   market price for sponsorship and/or vendor spaces at Plaintiff's horse shows. (Complaint
12   ["Compl."] at ¶ 20.)
13       2.    The complaint names as Plaintiff, Sonoma Horse Park, a corporation incorporated
14   under the laws of the State of California with its principal place of business in the State of
15   California. (Compl. at ¶ 1.)
16       3.    The complaint names as Defendants, Voltaire, a corporation, and Goguet, its
17   owner and CEO. Voltaire is incorporated under the laws of the State of Florida with its principal
18   place of business in the State of Florida. Goguet is domiciled in, and is a citizen of, the State of
19   Florida. (Compl. at ¶¶ 2-3.)
20       4.    This action was commenced in the Superior Court of the State of California for
21   the County of Sonoma, entitled *Sonoma Horse Park v. Voltaire Design USA, Inc., et al.*, Case
22   No. SCV-259540. Because the Superior Court of the State of California for the County of
23   Sonoma is located within the Northern District of California, this Notice of Removal is properly
24   filed in this Court pursuant to 28 U.S.C. § 1446(a).
25       5.    Pursuant to 28 U.S.C. § 1446(a), Defendants have attached all pleadings filed and
26   served upon them in the state court proceedings as <u>Exhibit A</u>. A true and correct copy of this
27   Notice of Removal will be served upon all parties and filed with the Clerk of the Sonoma
28   Superior Court, in accordance with the provisions of 28 U.S.C. § 1446(d).

KERR
&
WAGSTAFFE
LLP

6. Defendants were served with the summons and complaint in this lawsuit on October 9, 2016. Thus, this Notice of Removal is timely filed in accordance with 28 U.S.C. § 1446.

7. The state court action is removable to this Court, and this Court has jurisdiction over this action, under 28 U.S.C. § 1332(a) because the named Plaintiff is diverse from the named Defendants and the amount in controversy as to Plaintiff's claims exceeds $75,000.

## I. DIVERSITY JURISDICTION UNDER 28 U.S.C. § 1332

8. As previously set forth, the sole named Plaintiff in this action is a corporation incorporated under the laws of the State of California with its principal place of business in the State of California. (Compl. at ¶ 1.) Defendant Voltaire is incorporated under the laws of the State of Florida with its principal place of business in the State of Florida. (Compl. at ¶ 2.) Defendant Goguet is domiciled in, and is a citizen of, the State of Florida. (Compl. at ¶ 3.)

## II. AMOUNT IN CONTROVERSY

9. The amount in controversy exceeds the sum of $75,000, exclusive of interests and costs. The complaint alleges that Defendants' actions caused Plaintiff to lose the top three vendors/sponsors at seven prestigious horse shows. (Compl. at ¶¶ 9, 11.) According to the complaint, Defendant Voltaire is one of three "main saddle dealers" in the United States, with profits of approximately $500,000 last fiscal year. (Compl. at ¶ 8.) Presumably, the other two main saddle dealers, who Plaintiff alleges would also have been vendors/sponsors but for Defendants' conduct, had comparable profits last fiscal year. Together, these top three saddle dealers would have earned approximately $1.5 million in 2015.

10. Plaintiff alleges that the loss of these vendors/sponsors damaged Plaintiff with respect to the prestige of Plaintiff's horse show entries and attendees, and resulted in Plaintiff earning less than average and/or targeted sales quotas for each of seven horse shows. (Compl. at ¶¶ 9, 11.) Plaintiff seeks, *inter alia*, civil penalties of $2,500 for each violation of Business & Professions Code § 17206, attorneys' fees, and treble damages exceeding $25,000. (Compl. at 6.) Given that Plaintiff alleges it lost out on having all three of the top earning saddle vendors in the nation for its entire 2012 show season, the damages Plaintiff seeks well exceed the jurisdictional

threshold.

11. In sum, the amount in controversy clearly exceeds the $75,000 threshold required for diversity jurisdiction. Based on complete diversity of citizenship between the parties, this action is removable under 28 U.S.C. 1332 and 28 U.S.C. §1441.

WHEREFORE, Defendants hereby give notice that all further proceedings in this matter shall take place in the United States District Court for the Northern District of California, unless and until held otherwise by that Court.

Dated:  November 7, 2016    **KERR & WAGSTAFFE LLP**

By: /s/ Ivo Labar
IVO LABAR

Attorneys for Defendants
BRICE GOGUET and
VOLTAIRE DESIGN USA, INC