J. Allison Tussey, SBN 262767
TUSSEY LAW
288 Scenic Avenue
Santa Rosa, CA 95407
(707) 588-8532
allison@tusseylaw.com

Counsel for SONOMA HORSE PARK

IVO LABAR (203492)
labar@kerrwagstaffe.com
LAURA SEEGAL (307344)
seegal@kerrwagstaffe.com
**KERR & WAGSTAFFE LLP**
101 Mission Street, 18th Floor
San Francisco, CA 94105–1727
Telephone: (415) 371-8500
Fax: (415) 371-0500

Attorney for VOLTAIRE DESIGN USA, INC.
AND BRICE GOGUET

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONOMA HORSE PARK, a California Corporation,<br><br>　　　　　　　　　Plaintiff(s),<br><br>　vs.<br><br>VOLTAIRE DESIGN, USA, INC., and BRICE GOGUET,<br><br>　　　　　　　　　Defendant(s).<br>_____ | Case No.: 3:16-CV-06475-EDL<br><br>**STIPULATION TO CONTINUE HEARING ON MOTION TO DISMISS AND ORDER**<br><br>DATE: February 7, 2017<br>TIME: 9:00 a.m.<br>DEPT: E |

Plaintiff, Sonoma Horse Park, Inc. ("Plaintiff") and Defendants, Voltaire Design, USA and Brice Goguet (collectively, "Defendants") hereby submit this stipulated request that the Court continue the current motion to dismiss for a brief period of time to allow the parties to continue their efforts to resolve this matter without the need for formal litigation.

The attorneys for both parties have been meeting in good faith, and are committed to using their best efforts to settle the matter without further court intervention.  The parties are incredibly close in settlement figures and believe this matter will be resolved informally.  However, counsel for Defendants is currently in trial and expects to be in trial for at least two weeks.

The pending motion is set for February 7, 2017.  The parties therefore request that the pending motion be continued for approximately six (6) weeks to March 21, 2017, with the response due on February 21, 2017, and reply due on February 28, 2017.

It is so stipulated.

Dated: January 24, 2017                     Respectfully submitted,


                                            By:   /s/ J. Allison Tussey
                                                  J. Allison Tussey

                                                  Attorney for SONOMA HORSE PARK

Dated: January 24, 2017                     By:   /s/ Laura Seegal
                                                  LAURA SEEGAL

                                                  Attorney for VOLTAIRE DESIGN USA, INC.
                                                  AND BRICE GOGUET

**ATTESTATION**

I, Laura Seegal, am the ECF User whose ID and password are being used to file this STIPULATION TO CONTINUE HEARING ON MOTION TO DISMISS AND REQUEST FOR ORDER.  In compliance with General Order 45, X.B., I hereby attest that Counsel for Plaintiff, has concurred in this filing.

Dated: January 24, 2017                     /s/ Laura Seegal
                                            LAURA SEEGAL

**ORDER**

The Court, having reviewed the Stipulated Request to Continue Hearing on Motion to Dismiss, and good cause being shown therefore, hereby continues the pending Motion to Dismiss from February 7, 2017, to March 21, 2017, at 9:00 a.m., in Department E, with responses to be filed by February 21, 2017, and reply to be filed by February 28, 2017.

**IT IS SO ORDERED**

DATED: January 25, 2017          _____
                                 U.S. MAGISTRATE JUDGE